IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**TRUIST BANK, formerly BRANCH BANKING AND TRUST COMPANY,**
a North Carolina banking corporation,

    **Plaintiff,**

v.                                                             Civil Action No. 3:22-CV-171 (Groh)

**MARTINSBURG PEDIATRICS, INC.**
**and DR. CAROLINE E. JOE,**

    **Defendants.**

ELECTRONICALLY FILED
Oct 06 2022
U.S. DISTRICT COURT
Northern District of WV

## VERIFIED COMPLAINT

Plaintiff Truist Bank, formerly known as Branch Banking and Trust Company ("**Truist**" or "**Plaintiff**"), states as follows for its Complaint against Defendants Martinsburg Pediatrics, Inc. ("**Martinsburg Pediatrics**") and Dr. Caroline E. Joe ("**Dr. Joe**") (collectively, "**Defendants**"):

## PARTIES

1. Truist is a North Carolina banking corporation authorized to do business in the State of West Virginia.

2. Martinsburg Pediatrics is a West Virginia corporation, with its principal place of business located in Martinsburg, West Virginia.

3. Dr. Joe is an individual who, upon information and belief, resides in Martinsburg, West Virginia, and regularly transacts business in Martinsburg, West Virginia. Dr. Joe is the CEO of Martinsburg Pediatrics.

## JURISDICTION AND VENUE

4. This Court has subject matter jurisdiction over this civil action pursuant to 28 U.S.C. § 1332(a)(1) because there is complete diversity among the Plaintiff and the Defendants and the amount in controversy exceeds $75,000, exclusive of interest and costs.

5. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(a) because: (i) Defendants reside in this district; and, (ii) a part of property that is the subject of the action is situated in this judicial district.

## FACTUAL BACKGROUND

6. On or about August 10, 2018, Martinsburg Pediatrics executed a Promissory Note payable to Truist in the original principal amount of $150,000.00, with a maturity date of August 10, 2019 ("**Note**"). A copy of the Note is attached as **Exhibit A**. Under the terms of the Note, Martinsburg Pediatrics promised to pay the Note in one payment of all outstanding principal plus all accrued unpaid interest on August 10, 2019. Martinsburg Pediatrics also promised to pay regular monthly payments of all accrued unpaid interest due as of each payment date, beginning September 10, 2018. The Note established that interest was payable at a variable rate, with interest calculated using a rate of 2.240 percentage points over the Lender's Prime Rate. Upon default, the interest rate is 15.00%.

7. To secure repayment of the indebtedness evidenced by the Note, Martinsburg Pediatrics executed a Commercial Security Agreement dated August 10, 2018 (the "**Security Agreement**," collectively with the Note, the "**Loan Documents**") granting Truist a security interest in, among other items, all of Martinsburg Pediatrics' accounts, equipment, inventory, and general intangibles, whether then owned or thereafter acquired. *Id.* A copy of the Security Agreement is attached as **Exhibit B**.

8. The lien granted by the Security Agreement was perfected by the filing of a UCC-1 Financing Statement ("Financing Statement"), which is attached as **Exhibit C**. The Financing Statement lists collateral including, but not limited to, all of Martinsburg Pediatrics' accounts, equipment, inventory, and general intangibles. *Id.*

9. In her role as CEO of Martinsburg Pediatrics, Dr. Joe executed a Corporate Resolution to Borrow/Grant Collateral/Subordinate Debt confirming and authorizing that she had the authority to execute and bind Martinsburg Pediatrics to the terms of the Note and related loan documents ("**Resolution**"). A copy of the Resolution is attached as **Exhibit D**.

10. To further secure the Note, Dr. Joe executed a Commercial Guaranty agreement ("**Guaranty Agreement 1**"), dated August 10, 2018, wherein she agreed to be jointly and severally liable for all obligations due under the Note to Truist. A copy of Guaranty Agreement 1 is attached hereto as **Exhibit E**.

11. On July 24, 2019, Defendants executed a Change in Terms Agreement for the Note ("**CIT 1**"), which changed the interest rate and extended the maturity date for the Note from August 10, 2019, to August 10, 2020. A copy of CIT 1 is attached as **Exhibit F**.

12. Under CIT 1, events of default include failure to make any payment and failure of the borrower to perform under any agreement between Truist and the borrower. *See* Ex. F, Default.

13. On August 14, 2020, Defendants executed a second Change in Terms Agreement for the Note ("**CIT 2**"), which changed the interest rate and extended the maturity date for the Note from August 10, 2020, to February 10, 2021. A copy of CIT 2 is attached as **Exhibit G**.

14. Under CIT 2, events of default include failure to make any payment and failure of the borrower to perform under any agreement between Truist and the borrower. *See* Ex. G, Default.

15. On February 8, 2021, Defendants executed a third Change in Terms Agreement for the Note ("**CIT 3**"), which reduced the maximum principal amount available under the line of credit from $150,000 to $135,0000, and extended the maturity date for the Note from February 10, 2021, to February 10, 2022. A copy of CIT 3 is attached as **Exhibit H**.

16. Under CIT 3, events of default include failure to make any payment and failure of the borrower to perform under any agreement between Truist and the borrower. *See* Ex. H, Default.

17. To further secure the Note, Dr. Joe executed a second Commercial Guaranty agreement ("**Guaranty Agreement 2**"), dated February 8, 2021, wherein she agreed to be jointly and severally liable for all obligations due under the Note to Truist. A copy of Guaranty Agreement 2 is attached hereto as **Exhibit I**.

18. The Note matured, and Defendants did not pay the balance due.

19. Defendants' failure to pay is a default of their obligations under the respective contracts and guaranty agreements relating to the Note.

20. On April 19, 2022, Truist sent Defendants a Notice of Default and Demand for Payment (the "**Default Letter**") notifying Defendants of the default under the Note and demanding payment of the balances due. The Default Letter is attached as **Exhibit J**.

21. On May 31, 2022, Defendants executed a Forbearance Agreement with Truist (the "Forbearance Agreement"), wherein Truist agreed to forbear from exercising its rights and remedies under the Loan Documents until August 31, 2022. In exchange for this forbearance, Defendants agreed to meet certain conditions, including, inter alia, obtaining new financing and providing monthly reports to Truist beginning in June 2022. *See* **Exhibit K**.

22. Truist did not receive evidence of Defendants' new financing, any monthly reports or payment of the obligations due under the Note by the forbearance maturity date, all as required by the Forbearance Agreement.

23. Defendants are in default for failure to pay the outstanding principal, accrued, but unpaid, interest on the Note and related fees and costs due to Truist under the terms of the Loan Documents.

24. As a result of such default, Defendants have breached their obligations under the Note.

25. As of the date of this Complaint, Defendants have not paid the remaining principal,

interest and fees and costs due, pursuant to the Note.

26. As of September 19, 2022, the remaining unpaid principal balance of the Note was $112,135.66.

27. As of September 19, 2022, the amount of accrued but unpaid interest on the Note was $5,576.70, and unpaid fees of $0.

28. As of September 19, 2022, the total balance due on the Note was $117,898.36.

29. In accordance with the terms of the Loan Documents, Truist is also entitled to the attorneys' fees and costs incurred.

30. As of September 19, 2022, Truist has incurred attorneys' fees and costs totaling $3,608.34 in this matter.

## COUNT I
### (Breach of Contract)

31. Truist incorporates the allegations of the preceding paragraphs 1–30 of the Verified Complaint as if fully restated herein.

32. The Loan Documents constitute a valid and enforceable contract between Defendants and Truist.

33. Defendants are in default under the terms of the Loan Documents. Defendants are responsible for the amounts due under the Loan Documents.

34. By virtue of the default, Defendants are in breach of the terms of the Loan Documents.

35. As of September 19, 2022, Defendants owed Truist a total of $117,898.36, which includes principal of $112,135.66, accrued but unpaid interest of $5,762.70, and unpaid fees of $0, under the Note. In addition, Truist is entitled to recover all of its costs and expenses, including, but not limited to attorneys' fees from Defendants.

36. As a direct and proximate result of Defendants' breach, Truist has been and continues to be damaged.

## PRAYER FOR RELIEF

**WHEREFORE**, Truist Bank respectfully requests that this Court:

a. award Truist Bank the balance due and owing Truist Bank under the terms of the Note;

b. award Truist Bank pre-judgment interest at the statutory rate from the date of the filing of the Complaint to the date of judgment;

c. award Truist Bank post-judgment interest at the statutory rate; and,

d. award Truist Bank all of its cost and expenses, including, but not limited to attorneys' fees incurred in connection with this action, and such other further relief against Defendants as the Court may deem appropriate.

Dated this 6th day of October, 2022.

**TRUIST BANK, formerly Branch Banking and Trust Company**

**BY SPILMAN THOMAS & BATTLE, PLLC**

/s/ Tai Shadrick Kluemper
Tai Shadrick Kluemper (WV State Bar # 12261)
300 Kanawha Boulevard, East (25301)
Charleston, WV 25321-0273
304.340.3800 (Telephone)
304.340.3801 (Facsimile)

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

TRUIST BANK, formerly BRANCH
BANKING AND TRUST COMPANY,
a North Carolina banking corporation,

    Plaintiff,

v.                                                   Civil Action No. 3:22-CV-171 (Groh)

MARTINSBURG PEDIATRICS, INC.
and DR. CAROLINE E. JOE,

    Defendants.

### VERIFICATION OF COMPLAINT

STATE OF ~~NORTH CAROLINA~~ GA     )
                                        )
COUNTY OF DeKalb               )

I, Kendra McLemore, the Asset Manager of Truist Bank, formerly known as Branch Banking and Trust Company, being duly sworn, state and affirm that the facts and allegations contained in the foregoing complaint are true, to the best of my knowledge, information, and belief.

_/s/ Kendra McLemore_

Taken, sworn to, and subscribed before me this 27th day of September, 2022.

_/s/ Rosie Jolly_
Notary Public

My commission expires:

> **ROSIE JOLLY**
> NOTARY PUBLIC
> DeKalb County
> State of Georgia
> My Comm. Expires April 8, 2026