IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA
AT MARTINSBURG

**TRUIST BANK, formerly BRANCH
BANKING AND TRUST COMPANY,
a North Carolina banking corporation,**

      Plaintiff,

v.                                 Civil Action No. 3:22-cv-171
                                       Honorable Thomas Kleeh

**MARTINSBURG PEDIATRICS, INC.
and DR. CAROLINE E. JOE,**

      Defendants.

## PLAINTIFF TRUIST BANK'S MOTION FOR
## DEFAULT JUDGMENT AGAINST DEFENDANTS

Plaintiff Truist Bank, formerly known as Branch Banking and Trust Company ("**Truist**"), by counsel, and pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, moves this Court for entry of default judgment against defendants Dr. Caroline E. Joe ("Dr. Joe") and Martinsburg Pediatrics, Inc. ("Martinsburg Pediatrics," collectively, "Defendants"). In support of its Motion, Truist states as follows:

1. Truist filed a Verified Complaint instituting the above-captioned action on October 06, 2022. (Dkt No. 1.)

2. On October 31, 2022, a private process server personally served summonses and copies of the Complaint on Dr. Joe, in her individual capacity; and on Martinsburg Pediatrics through its CEO, Dr. Joe. (Dkt Nos. 5 and 6.)

3. Defendants have not answered the Complaint or otherwise appeared in this action.

4. On January 9, 2023, upon application of the undersigned counsel, the Clerk of the Court issued an *Entry of Default by Clerk*, pursuant to Federal Rule of Civil Procedure 55(a). (Dkt No. 8.)

5. Truist is now entitled to default judgment against Defendants.

6. The action against Defendants is for a sum certain plus reasonable attorneys' fees and costs.

7. Specifically, on or about August 10, 2018, Martinsburg Pediatrics executed a Promissory Note payable to Truist in the original principal amount of $150,000.00 ("Note"). (Dkt No. 1-1.)

8. In her role as CEO of Martinsburg Pediatrics, Dr. Joe executed several Commercial Guaranty Agreements, dated August 10, 2018, and February 8, 2021, respectively, wherein she agreed to be jointly and severally liable for all obligations due under the Note to Truist. (**Exhibit A**,[1] Dkt No. 1-9.)

9. Martinsburg Pediatrics failed to pay the indebtedness due and owing under the terms of the Note more fully described in the Complaint. Dr. Joe has also failed to pay the indebtedness owed by Martinsburg Pediatrics under the terms of her Guaranty Agreements to Truist.

10. The indebtedness due under the Note includes a) principal in the amount of $112,135.66, b) accrued and unpaid interest through September 19, 2022, in the amount of $5,762.70,[2] c) late fees and charges in the amount of $0, d) pre-judgment interest from October 6, 2022, through the date of judgment at the Default Rate of Interest, e) post-judgment interest thereon as allowed by law; and (f) reasonable attorneys' fees and costs.

11. Such amounts are justly due and unpaid.

12. An affidavit of Kendra McLemore, an Asset Manager of Truist, with respect to the amounts owed, is attached hereto as **Exhibit B**.

---

[1] The Verified Complaint was supposed to include the Guaranty Agreement dated August 10, 2018, as Exhibit E, Dkt No. 1-5; however, Truist believes it filed two copies of the Commercial Security Agreement as Exhibits B and E, Dkt Nos. 1-2 and 1-5, respectively. Thus, Truist has attached as Exhibit A to the instant Motion, a copy of the Guaranty Agreement dated August 10, 2018.

[2] Paragraph 27 of the Verified Complaint mistakenly lists the unpaid interest on the Note as $5,576.70. However, paragraph 35 of the Complaint, which asserts Truist's Count I breach of contract claim against Defendants, correctly lists interest at $5,762.70.

13. An affidavit by the undersigned with respect to the reasonable attorneys' fees and costs incurred by Truist in collection of the indebtedness is attached hereto as **Exhibit C**.

14. Upon information and belief, Dr. Joe, the only individual defendant, is not a minor or incompetent, nor is she in active military service (or in the military service of any nation allied with the United States of America) or a member of the military reserves that has been ordered to report for military service. *See* Status Report from the Department of Defense Manpower Data Center, attached to this Motion as **Exhibit D**.

**WHEREFORE**, Truist Bank requests entry of a money judgment against defendants Martinsburg Pediatrics, Inc. and Dr. Caroline E. Joe in the following amounts:

a) principal in the amount of $112,135.66,

b) accrued and unpaid interest through September 19, 2022, in the amount of $5,762.70,

c) late fees and charges in the amount of $0,

d) pre-judgment interest from October 6, 2022, through the date of judgment at the Default Rate of Interest,

e) post-judgment interest thereon as allowed by law; and

f) reasonable attorney's fees and costs of $7,786.62 incurred in collection of the indebtedness.

Truist Bank further prays for such other relief as the Court deems just and proper.

**TRUIST BANK, formerly Branch Banking and Trust Company**

**BY SPILMAN THOMAS & BATTLE, PLLC**

<u>/s/ Tai Shadrick Kluemper</u>
Tai Shadrick Kluemper (WV State Bar # 12261)
300 Kanawha Boulevard, East (25301)
Charleston, WV 25321-0273
304.340.3800 (Telephone)
304.340.3801 (Facsimile)

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA
AT MARTINSBURG

**TRUIST BANK, formerly BRANCH**
**BANKING AND TRUST COMPANY,**
**a North Carolina banking corporation,**

    Plaintiff,

v.	Civil Action No. 3:22-cv-171
	Honorable Thomas Kleeh

**MARTINSBURG PEDIATRICS, INC.**
**and DR. CAROLINE E. JOE,**

    Defendants.

## CERTIFICATE OF SERVICE

I, Tai Shadrick Kluemper, counsel for Truist Bank, formerly known as Branch Banking and Trust Company, do hereby certify that on the 3rd day of February, 2023, I served the foregoing **Plaintiff Truist Bank's Motion for Entry of Default Against Defendants** on Defendants at their last known address, by U.S. Mail, postage pre-paid, as follows:

Dr. Caroline E. Joe
128 Health Care Lane
Martinsburg, WV 25401

Martinsburg Pediatrics, Inc.
c/o Dr. Caroline E. Joe, CEO
128 Health Care Lane
Martinsburg, WV 25401

/s/ Tai Shadrick Kluemper
Tai Shadrick Kluemper (WVSB #1226)