Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of   West Virginia

| | |
|---|---|
| TRUIST BANK | ) |
| *Plaintiffs* | ) |
| v. | ) |
| MARTINSBURG PEDIATRICS, INC., and | ) |
| DR. CAROLINE E. JOE | ) |
| *Defendants* | ) |

Civil Action No.      3:22-CV-171

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☒ Judgment award          ☒ Judgment Costs          ☐ Other

Default judgment is entered in Plaintiff's favor in the following amounts:   principal in the amount of $112,135.66; accrued and unpaid interest through September 19, 2022, in the amount of $5,762.70; late fees and charges in the amount of $0; interest on the principal balance at the Default Rate of Interest from October 6, 2022, through the date of judgment; attorney's fees and costs in the amount of $7,786.62; and post-judgment interest on the above judgment at the maximum judgment rate until paid in full. This action is DISMISSED WITH PREJUDICE and STRICKEN from the Court's active docket.

This action was *(check one)*:

☐ tried by jury          ☐ tried by judge          ☒ decided by judge

decided by Judge     Chief Judge Thomas S. Kleeh

Date:      03/17/2023

*CLERK OF COURT*

/s/ J. Elizalde

*Signature of Clerk or Deputy Clerk*